```
 1 │ DAVID J. KAMINSKI, ESQ. (State Bar No. 128509)          FILED
   │ KaminskiD@cmtlaw.com
 2 │ LARISSA G. NEFULDA, ESQ. (State Bar No. 201903)      07 OCT 30 PM 3:39
   │ NefuldaL@cmtlaw.com
 3 │ STEPHEN WATKINS, ESQ. (State Bar No. 205175)         CLERK, U.S. DISTRICT COURT
   │ WatkinsS@cmtlaw.com                                  SOUTHERN DISTRICT OF CALIFORNIA
 4 │ CARLSON & MESSER LLP
   │ 5959 W. Century Boulevard, Suite 1214
 5 │ Los Angeles, California 90045                        BY: _____  DEPUTY
   │ (310) 242-2200 Telephone
 6 │ (310) 242-2222 Facsimile
 7 │ Attorneys for Defendant ASSET ACCEPTANCE, LLC
```

Attorneys for Defendant ASSET ACCEPTANCE, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**BY FAX**

| | |
|---|---|
| JAMES M. KINDER, an individual, | CASE NO. '07 ⬛ 2084 L (LSP) |
| Plaintiff, | |
| vs. | NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY) |
| ASSET ACCEPTANCE, LLC and DOES 1 through 100, inclusive, | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant, ASSET ACCEPTANCE, LLC ("Defendant") hereby removes to this Court the state court action described below.

1. On August 30, 2007, an action was commenced in the Superior Court for the County of San Diego, entitled <u>James M. Kinder v. Asset Acceptance, LLC</u>, Case No. 37-2007-00074112 CU-MC-CTL, attached hereto as Exhibit "A."

2. The first date upon which Defendant received a copy of the said Complaint was on October 1, 2007, when Defendant was served with a copy of the Summons and Complaint from said Superior Court. A copy of the summons is attached hereto as Exhibit "B."

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant pursuant to the

05670.00/138742                                        NOTICE OF REMOVAL OF ACTION
                                                       28 U.S.C. § 1441(b) (DIVERSITY)



CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

1 provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states and
2 the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs. Plaintiff
3 alleges Defendant violated the Telephone Consumer Protection Act of 1991 (47 U.S.C. § 227 and
4 47 C.F.R. §64.1200). Subdivision (b)(1)(A)(iii) of Section 227 of Title 47 of the United States
5 Code makes it unlawful for any person to

6  "Make any call (other than a call made for emergency purposes or
7  made with the prior express consent of the called party) using any
8  automatic telephone dialing system or an artificial or prerecorded
9  voice...to any telephone number assigned to a paging service,
10 specialized mobile radio service, or other radio common carrier
11 service, or any service for which the called party is charged for the
12 call."

13 Plaintiff alleges Defendant violated the Telephone Consumer Protection Act of 1991 by
14 calling Plaintiff's number assigned to a paging service, using an Automatic Telephone Dialing
15 System and/or artificial or prerecorded voice **on at least 607 occasions within the last four years.**
16 Pursuant to the Telephone Consumer Protection Action of 1991, Plaintiff alleges he is entitled to
17 **$500 in statutory damages for each violation. Plaintiff also alleges that he is entitled to**
18 **$1,500, or an award three times the amount for each violation if the Court finds that**
19 **Defendant's violations were willful or knowing.**
20  4.  Defendant is informed and believes that Plaintiff was, and still is, a citizen of the
21 State of California. Defendant was, at the time of the filing of this action, and still is, a citizen of
22 Delaware, and is the only Defendant that has been served with Summons and Complaint in this
23 action.
24 ///
25 ///
26 ///
27 ///
28 ///

05670.00/138742

NOTICE OF REMOVAL OF ACTION
28 U.S.C. § 1441(b) (DIVERSITY)

5. A Notice of Filing Removal was filed with the Superior Court for the County of San Diego, and served upon Plaintiff Sean Kane.

DATED: October 29, 2007

CARLSON & MESSER LLP

By _____
David J. Kaminski, Esq.
Larissa G. Nefulda, Esq.
Stephen Watkins, Esq.
Attorneys for Defendant
ASSET ACCEPTANCE, LLC

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

05670.00/138742

NOTICE OF REMOVAL OF ACTION
28 U.S.C. § 1441(b) (DIVERSITY)

**EXHIBIT A**

1  Chad Austin, Esq. SBN 235457
   3129 India Street
2  San Diego, CA 92103-6014
   Telephone: (619) 297-8888
3  Facsimile: (619) 295-1401

4  Attorney for Plaintiff JAMES M. KINDER, an individual

FILED
CIVIL BUSINESS OFFICE 6
CENTRAL DIVISION

07 AUG 30 PM 4: 40

CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

## IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| JAMES M. KINDER, | CASE NO. ~~37-2007-00074110-CU-MC-CTL~~ |
| Plaintiff, | ~~COMPLAINT FOR DAMAGES~~ |
| v. | Violations of Telephone Consumer Protection Act of 1991 |
| ASSET ACCEPTANCE, LLC and DOES 1 through 100, inclusive, | |
| Defendants. | |

COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as follows:

### GENERAL ALLEGATIONS

1. Plaintiff is, and at all times herein mentioned was, a resident of the County of San Diego, State of California.

2. Defendant ASSET ACCEPTANCE, LLC (hereinafter referred to as "Defendant"), was at all times herein mentioned a Delaware limited liability company, doing business in the County of San Diego, State of California.

3. Plaintiff is unaware of the true names and capacities of defendants sued herein as DOES 1 through 100, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of the fictitiously named defendants

-1-

1  is responsible in some manner for the occurrences herein alleged and that Plaintiff's damages as
2  herein alleged were proximately caused by their conduct.

3      4.     At all times herein mentioned each defendant was the partner, agent and employee
4  of each co-defendant herein and was at all times acting within the scope of such partnership, agency
5  and employment and each defendant ratified the conduct of each co-defendant herein.

**FIRST AND ONLY CAUSE OF ACTION**
[Violation of Telephone Consumer Protection Act of 1991]

8      5.     Plaintiff realleges paragraphs 1 through 4 above and incorporates them herein by
9  reference.

10     6.     Plaintiff is bringing this action pursuant to the provisions of the Telephone Consumer
11 Protection Act of 1991 (47 U.S.C. §227 and 47 C.F.R. §64.1200 – "TCPA").

12     7.     Subdivision (b) (1) (A) (iii) of Section 227 of Title 47 of the United States Code
13 makes it unlawful for any person to "Make any call (other than a call made for emergency purposes
14 or made with the prior express consent of the called party) using any automatic telephone dialing
15 system or an artificial or prerecorded voice...to any telephone number assigned to a paging service,
16 specialized mobile radio service, or other radio common carrier service, or any service for which the
17 called party is charged for the call."

18     8.     Defendants have been calling Plaintiff's number assigned to a paging service, using
19 an Automatic Telephone Dialing System and/or an artificial or prerecorded voice on at least 607
20 occasions within the statutory period of the last 4 years, pursuant to 47 U.S.C. § 1658. These 607
21 calls are only the calls known to Plaintiff at this time and Plaintiff states on information and belief,
22 without yet having the aid of full discovery, that it is quite likely that Defendant has made many
23 more violative calls to Plaintiff's number assigned to a paging service than the 607 of which he is
24 currently aware.

25     9.     Subdivision (b) (1) of Section 64.1200 of Title 47 of the Code of Federal
26 Regulations requires that all prerecorded telephone messages disseminated within the United States
27 must "At the beginning of the message, state clearly the identity of the business, individual, or other
28 entity that is responsible for initiating the call. If a business is responsible for initiating the call, the

1 | name under which the entity is registered to conduct business with the State Corporation
2 | Commission (or comparable regulatory authority) must be stated."
3 |     10.    Defendants' illegal prerecorded message calls failed to comply with this requirement.
4 |     11.    Subdivision (b) (2) of Section 64.1200 of Title 47 of the Code of Federal
5 | Regulations requires that all prerecorded telephone messages disseminated within the United States
6 | must "state clearly the telephone number (other than that of the autodialer or prerecorded message
7 | player that placed the call) of such business, other entity, or individual. The telephone number may
8 | not be a 900 number or any number for which charges exceed local or long distance transmission
9 | charges. For telemarketing messages to residential telephone subscribers, such telephone numbers
10 | must permit any individual to make a do-not-call request during regular business hours for the
11 | duration of the telemarketing campaign."
12 |     12.    Defendants' illegal prerecorded message calls failed to comply with this requirement.
13 |     13.    Subdivision (b)(3) of section 227 of title 47 of the United States Code permits a
14 | private right of action in state court for violations of 47 U.S.C. §227 (b) (1) (A) (iii) and 47 C.F.R.
15 | §64.1200. Plaintiff is entitled to a minimum of $500.00 in statutory damages for each such violation.
16 | If the court finds that defendants' violations were willful or knowing, it may, in its discretion, award
17 | up to three times that amount.
18 |     WHEREFORE Plaintiff prays for judgment against defendants, and each of them, as
19 | follows:
20 | On the FIRST AND ONLY CAUSE OF ACTION:
21 |     1.    For an award of $500.00 for each violation of 47 U.S.C. §227 and 47 C.F.R. §
22 |         64.1200;
23 |     2.    For an award of $1,500.00 for each such violation found to have been willful;
24 |     3.    For costs of suit herein incurred; and
25 |     4.    For such further relief as the Court deems proper.
26 | Dated: August 30, 2007
27 | By: _____
28 | CHAD AUSTIN, Esq.
Attorney for Plaintiff JAMES M. KINDER

**EXHIBIT B**

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Asset Acceptance, LLC and DOES 1 through 100, inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE):*
James M. Kinder

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

CIVIL BUSINESS OFFICE 8
CENTRAL DIVISION

07 AUG 30 PM 4:40

CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find those court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* | CASE NUMBER: *(Número del Caso):* 37-2007-00074112-CU-MC-CTL |
|---|---|

San Diego Superior Court
330 W. Broadway
San Diego, CA 92101
Central Division

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Chad Austin, Esq.                    619-297-8888     F 619-295-1401
3129 India St.
San Diego, CA 92103-6014

DATE: 8/30/07                  Clerk, by K Bailey          , Deputy
*(Fecha)*                      *(Secretario)*             *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* ASSET ACCEPTANCE, LLC

   under: ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☒ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

## PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             ) ss.
COUNTY OF LOS ANGELES        )

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 5959 W. Century Blvd., Suite 1214, Los Angeles, California 90045.

On **October 30, 2007**, I served the foregoing document described as: **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY)** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

☒  **(VIA U.S. MAIL)**
I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

☐  (BY PERSONAL SERVICE)
By causing to be personally delivering the document(s) listed above to the person(s) at the address(es) set forth on the attached service list.

☒  (Federal)
I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐  (State)
I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this **30th day of October, 2007**, at Los Angeles, California.

Sue A. Vigil

05670.00/138849

<u>**Kinder v. Asset Acceptance**</u>
Our File No. 05670.00

Chad Austin, Esq.  
3129 India Street  
San Diego, CA 92103-6014  
Tel.: (619) 297-8888  
Fax: (619) 295-1401

Attorney for Plaintiff, JAMES M. KINDER

05670.00/138847

```
            UNITED STATES
            DISTRICT COURT
         SOUTHERN DISTRICT OF CALIFORNIA
              SAN DIEGO DIVISION

         #  143906      -  KD
         *  *  C O P Y  *  *
            October 30, 2007
                15:44:22


            Civ Fil Non-Pris
USAO #.: 07CV2084
Judge..: M. JAMES LORENZ
Amount.:                          $350.00 CK
Check#.: BC 197105



         Total->   $350.00



FROM: CIVIL FILING
      KINDER V. ASSET ACCEPTANCE, LL
```

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I. (a) PLAINTIFFS**
James M. Kinder

**DEFENDANTS**
Asset Acceptance, LLC

FILED
07 OCT 30 PM 3:41
'07 CV 2084 (LSP)
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  SAN DIEGO, CA.
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  WARREN, MICHIGAN
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Chad Austin, Esq.
3129 India Street
San Diego, CA 92103-6014

ATTORNEYS (IF KNOWN)
Carlson & Messer LLP
5959 W. Century Blvd., Suite 1214
Los Angeles, California 90045

BY FAX

**II. BASIS OF JURISDICTION** (PLACE AN 'X' IN ONE BOX ONLY)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.) Plaintiff alleges Defendant violated the Telephone Consumer Protection Act of 1991 by calling Plaintiff's number assigned to a paging service, using an Automatic Telphone Dialing System and/or artificial or pre-recorded voice.

**V. NATURE OF SUIT** (PLACE AN 'X' IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury - Medical Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 365 Personal Injury - Product Liability | | PROPERTY RIGHTS | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 640 R.R. & Truck | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability / PERSONAL PROPERTY | [ ] 650 Airline Regs. | [ ] 840 Trademark | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | SOCIAL SECURITY | [ ] 850 Securities/Commodities Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 690 Other | [ ] 861 HIA (1395ff) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | LABOR | [ ] 862 Black Lung (923) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | / [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | [ ] 720 Labor/Mgmt. Relations | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting / [ ] 510 Motion to Vacate Sentence | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment / HABEAS CORPUS: | | FEDERAL TAX SUITS | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations / [ ] 530 General | [ ] 740 Railway Labor Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | [ ] 444 Welfare / [ ] 535 Death Penalty | [ ] 790 Other Labor Litigation | | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights / [ ] 540 Mandamus & Other | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS - Third Party 26 USC 7609 | [X] 890 Other Statutory Actions |
| [ ] 290 All Other Real Property | / [ ] 550 Civil Rights | | | |
| | / [ ] 555 Prison Conditions | | | |

**VI. ORIGIN** (PLACE AN 'X' IN ONE BOX ONLY)
- [ ] 1 Original Proceeding
- [X] 2 Removal from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  DEMAND $  CHECK YES only if demanded in complaint:  JURY DEMAND: [ ] YES [ ] NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):  JUDGE _____ Docket Number _____

DATE 10/30/07
SIGNATURE OF ATTORNEY OF RECORD

#143906 $350 1/0 10/30/07
::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

ORIGINAL

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44
### Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I. (a) Plaintiffs - Defendants. Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. Jurisdiction. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III. Residence (citizenship) of Principal Parties. This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. Cause of Action. Report the civil statute directly related to the cause of action and give a brief description of the cause.

V. Nature of Suit. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

VI. Origin. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate's decision.

VII. Requested in Complaint. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. Related Cases. This section of the JS-44 is used to reference relating pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

Date and Attorney Signature. Date and sign the civil cover sheet.

(rev. 07/89)

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

## PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 5959 W. Century Blvd., Suite 1214, Los Angeles, California 90045.

On **October 30, 2007**, I served the foregoing document described as: **CIVIL COVER SHEET** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **(VIA U.S. MAIL)**
I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

☐ (BY PERSONAL SERVICE)
By causing to be personally delivering the document(s) listed above to the person(s) at the address(es) set forth on the attached service list.

☒ (Federal)
I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (State)
I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this **30th day of October, 2007**, at Los Angeles, California.

Sue A. Vigil

05670.00/138843

<u>**Kinder v. Asset Acceptance**</u>
Our File No. 05670.00

Chad Austin, Esq.
3129 India Street
San Diego, CA 92103-6014
Tel.: (619) 297-8888
Fax: (619) 295-1401

Attorney for Plaintiff, JAMES M. KINDER

05670.00/138843