1. DAVID J. KAMINSKI, ESQ. (State Bar No. 128509)
   KaminskiD@cmtlaw.com
2. LARISSA G. NEFULDA, ESQ. (State Bar No. 201903)
   NefuldaL@cmtlaw.com
3. STEPHEN WATKINS, ESQ. (State Bar No. 205175)
   WatkinsS@cmtlaw.com
4. CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
5. Los Angeles, California 90045
   (310) 242-2200 Telephone
6. (310) 242-2222 Facsimile

7. Attorneys for Defendant ASSET ACCEPTANCE, LLC

FILED
07 OCT 30 PM 3:40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

BY FAX

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JAMES M. KINDER, an individual,
               Plaintiff,
        vs.
ASSET ACCEPTANCE, LLC and DOES 1 through 100, inclusive,
               Defendants.

CASE NO. '07 CV 2084 L (LSP)

DECLARATION OF ROBERT HORWITZ IN SUPPORT OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY)

I, Robert Horwitz, declare as follows:

1. I am presently employed with Asset Acceptance, LLC, a defendant in the above-entitled action. I am the Litigation Counsel for Asset Acceptance, LLC and have been with the company since May 2007. I am personally familiar with the facts set forth within this Declaration and if called upon to testify in this matter, I would and could do so competently as follows:

///
///
///

05670.00/138802

DECLARATION OF ROBERT HORWITZ
IN SUPPORT OF REMOVAL OF ACTION
28 U.S.C. §1441(b) (DIVERSITY)

ORIGINAL

1      2.    I have personal knowledge that plaintiff served the Summons and Complaint
2  entitled <u>James M. Kinder v. Asset Acceptance, LLC</u>, Case No. 37-2007-00074112-CU-MC-CTL
3  upon Asset Acceptance LLC on October 1, 2007.
4      3.    I have reviewed the company filings made by Asset Acceptance, LLC and I have
5  determined the following: Asset Acceptance Holdings LLC is the sole member of Asset
6  Acceptance, LLC. Asset Acceptance Holdings is a Delaware LLC with its principal place of
7  business in Warren, Michigan. The principal place of business of Asset Acceptance, LLC is
8  Warren, Michigan.
9      I declare under penalty of perjury under the laws of the State of California and the United
10 States that the foregoing is true and correct.
11 Executed on October 30, 2007 in Warren, Michigan.

                                            _____
                                            Robert Horwitz

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

2

DECLARATION OF ROBERT HORWITZ
IN SUPPORT OF REMOVAL OF ACTION
28 U.S.C. § 1441(b) (DIVERSITY)

05670.00/138802

## PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 5959 W. Century Blvd., Suite 1214, Los Angeles, California 90045.

On October 30, 2007, I served the foregoing document described as: **DECLARATION OF ROBERT HORWITZ IN SUPPORT OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY)** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **(VIA U.S. MAIL)**
I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

☐ **(BY PERSONAL SERVICE)**
By causing to be personally delivering the document(s) listed above to the person(s) at the address(es) set forth on the attached service list.

☒ **(Federal)**
I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ **(State)**
I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this 30th day of October, 2007, at Los Angeles, California.

Sue A. Vigil

05670.00/138858

**Kinder v. Asset Acceptance**
Our File No. 05670.00

Chad Austin, Esq.
3129 India Street
San Diego, CA 92103-6014
Tel.: (619) 297-8888
Fax: (619) 295-1401

Attorney for Plaintiff, JAMES M. KINDER

05670.00/138858