1  DAVID J. KAMINSKI, ESQ. (State Bar No. 128509)
   KaminskiD@cmtlaw.com
2  STEPHEN WATKINS, ESQ. (State Bar No. 205175)
   WatkinsS@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone; (310) 242-2222 Facsimile
5

6  Attorneys for Defendant,
   ASSET ACCEPTANCE, LLC
7

8                  UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10 JAMES M. KINDER, an individual,      )  CASE NO. 07 CV 2084 L (LSP)
                                        )
11              Plaintiff,              )
                                        )  **DEFENDANT ASSET ACCEPTANCE,**
12      vs.                             )  **LLC's NOTICE OF RELATED CASE;**
                                        )  **REQUEST FOR ASSIGNMENT TO U.S.**
13 ASSET ACCEPTANCE, LLC and DOES       )  **FEDERAL COURT JUDGE DANA M.**
   1 through 100, inclusive,            )  **SABRAW**
14                                      )
                Defendants.             )
15                                      )
                                        )
16 _____ )

17

18

19
        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
20
        PLEASE TAKE NOTICE that, pursuant to Local Rule 40.1, the above-captioned matter,
21
   which is assigned to the Honorable M. James Lorenz, is believed to be related to the case of *Kinder*
22
   *v. Bankfirst, et al.* Case No. 3:07-cv-00877–DMS-POR, removed to the United States District
23
   Court, Southern District of California on May 15, 2007 and which is assigned to the Honorable
24
   Dana M. Sabraw (hereinafter referred to as the "related case")
25
   ///
26
   ///
27
   ///
28

05670.00/139106                              1
                                                    Notice of Related Case, Request for Assignment to
                                                    U.S. Federal Court Judge Dana M. Sabraw

Both this case and the related case involve substantially similar transactions or events with the same Plaintiff, the same or substantially identical questions of law and/or facts, identical causes of action, substantially similar allegations, and there will be an unduly burdensome duplication of labor and expense and potentially conflicting results if the cases are conducted before different Judges.

DATED: November 6, 2007            CARLSON & MESSER LLP


By _____
David J. Kaminski, Esq.
Stephen Watkins, Esq.
Attorneys for Defendant,
ASSET ACCEPTANCE, LLC

## PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 5959 W. Century Blvd., Suite 1214, Los Angeles, California 90045.

On **November 8, 2007**, I served the foregoing document described as: **DEFENDANT ASSET ACCEPTANCE, LLC's NOTICE OF RELATED CASE; REQUEST FOR ASSIGNMENT TO U.S. FEDERAL COURT JUDGE DANA M. SABRAW** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **(VIA U.S. MAIL)**
I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

☐ (BY PERSONAL SERVICE)
By causing to be personally delivering the document(s) listed above to the person(s) at the address(es) set forth on the attached service list.

☒ (Federal)
I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (State)
I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this **8th day of November, 2007**, at Los Angeles, California.

_____
Sue A. Vigil

05670.00/139206

1
2        **Kinder v. Asset Acceptance**
        Our File No. 05670.00
3
4  Chad Austin, Esq.       Attorney for Plaintiff, JAMES M. KINDER
 3129 India Street
5  San Diego, CA 92103-6014
 Tel.: (619) 297-8888
6  Fax: (619) 295-1401
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 05670.00/139206