UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ASSET ACCEPTANCE, LLC and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 3:07-CV-02084-DMS-AJB<br><br>**ORDER ALLOWING PARTIES TO APPEAR TELEPHONICALLY AT EARLY NEUTRAL EVALUATION CONFERENCE SCHEDULED FOR JANUARY 8, 2008** |

The parties have followed a Joint Motion to Request that they be allowed to appear telephonically at the Early Neutral Evaluation ("ENE") Conference scheduled for January 8, 2008 at 10:00 a.m. before the Honorable Anthony J. Battaglia in the above-entitled United States District Court. Pursuant to the Joint Motion, the Motion is granted, and the Court allows counsel for the parties to appear telephonically at the January 8, 2008 ENE Conference at 10:00 a.m. The parties and/or the representatives with authority to settle the action do not have to appear at the ENE

///

///

1  ///

2  Counsel for Defendant shall initiate the ENE by calling Plaintiff's counsel and by conferencing the

3  Court at the telephone number to be provided by the Court.

4      IT IS SO ORDERED

6  DATED: December 17, 2007

                                             Hon. Anthony J. Battaglia
                                             U.S. Magistrate Judge
                                             United States District Court

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045