cal___sc___

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES M. KINDER, | ) | Civil No.07cv2084 DMS (AJB) |
| Plaintiff, | ) | |
| v. | ) | ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE |
| ASSET ACCPETANCE, LLC, | ) | |
| Defendants. | ) | |

On January 8, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were Chad Austin, Esq. on behalf of plaintiff and David Kaminiski, Esq. on behalf of defendant.

The case did not settle. This case, and approximately eight others filed in this court and there are also approximately 100 other cases state wide in federal and state courts that deal with many of the same significant legal issues. These issues will be addressed through motion practice in one or more of the cases, and until resolved, there is no likelihood of an early resolution by settlement.

Given that this is a motion driven matter, the Court is suspending Rule 26 disclosure and discovery practice at this time, and will set a Case Management Conference to monitor the motions being heard in the similar cases, both in state and federal court. The rulings in those cases will define the issues, leading to potential settlement prospects, and an efficient case management schedule.

///

///

1   The Court will proceed with the telephonic Case Management Conference on ***April 10, 2008 at***
2   ***9:00 a.m.***  Defense counsel, Mr. Kaminiski, will initiate the call at that time.
3   IT IS SO ORDERED.

5   DATED: January 8, 2008

*[signature]*
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court